**Opinion issued July 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00525-CV

————————————

## IN RE BRYAN BARCLAY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Bryan Barclay, has filed a petition for writ of mandamus, requesting that we "compel[] the 507th District Court to immediately rule on all pending emergency motions."[1]

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

### PER CURIAM

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[1] The underlying case is *In the Interest of B.K.B., B.H.B. and B.K.B*, cause number 2024-68456, pending in the 507th District Court of Harris County, the Honorable Lillian H. Alexander presiding.